JS 6

1  LISA DARLING-ALDERTON - State Bar No. 221738
   lalderton@woollspeer.com
2  **WOOLLS & PEER**
   A Professional Corporation
3  One Wilshire Boulevard, 22nd Floor
   Los Angeles, California 90017
4  Telephone:  (213) 629-1600
   Facsimile:   (213) 629-1660
5
   Attorneys for Plaintiff
6  CENTURY SURETY COMPANY

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12  CENTURY SURETY COMPANY, an Ohio     | Case No.: CV12-6435 PA (AGRx)
    corporation,                         |
13                                       | Assigned to the Hon. Percy Anderson,
              Plaintiff,                 | Ctrm. 15
14                                       |
    v.                                   | ORDER RE:
15                                       | NOTICE OF VOLUNTARY
    LONG BEACH PUBLIC                    | DISMISSAL WITHOUT PREJUDICE
16  TRANSPORTATION COMPANY, a public     | OF ENTIRE ACTION PURSUANT TO
    corporation, DEAN ENGLER, an         | F.R.C.P. 41(a)(1)(A)(i)
17  individual, FMG, INC. a California   |
    corporation doing business as HADLEY |
18  TOW; HADLEY TOWING EQUIPMENT,        |
    INC.; J.L. VON ARX & ASSOCIATES,     | Filing Date:   Oct. 17, 2012
19  INC., a California corporation;      | Trial Date:    July 9, 2013
                                         |
20            Defendants.                |

21  AND RELATED CROSS-ACTION.

22

23       PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure,

24  Rule 41(a)(1)(A)(i), Plaintiff CENTURY SURETY COMPANY ("Century Surety")

25  hereby gives notice this entire action is voluntarily dismissed, without prejudice,

26  according to the terms of a Tolling Agreement reached between Century Surety

27  Company, and the following parties: LONG BEACH PUBLIC TRANSPORTATION

28  COMPANY, FMG, INC., *dba* HADLEY TOW, HADLEY TOWING EQUIPMENT,

                                         1
329129.1
                                              [CASE NO.: CV12-6435 PA (AGRX)]
                                    [NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE]

1 | INC., and J.L. VON ARX & ASSOCIATES, INC. Century Surety reserves the right
2 | to re-file this action, if the matter is not informally resolved before termination or
3 | expiration of the Tolling Agreement.

5 | DATED: January 31, 2013    WOOLS & PEER
6 |                            A Professional Corporation

8 |                                     /s/
  |                            ───────────────────────
  |                            LISA DARLING-ALDERTON
9 |                            Attorneys for Plaintiff
  |                            CENTURY SURETY COMPANY

---

IT IS SO ORDERED.

DATED: 2/22/13

_[signature]_

UNITED STATES DISTRICT JUDGE

---

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017